HOFFMAN & LAZEAR
H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
CHAD A. SAUNDERS (257810) (cas@hoffmanandlazear.com)
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone:     (510) 763-5700
Facsimile:     (510) 835-1311

Attorneys for Plaintiff
GALINA SEEBROOK

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STRIDE RITE CHILDREN'S GROUP, LLC, a Massachusetts limited liability company,<br><br>Defendant. | Case No.  C11-00835<br><br>**STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

N.D. CAL. CASE NO. C11-00835

STIPULATION REGARDING DEADLINE TO
RESPOND TO COMPLAINT

## RECITALS

WHEREAS, on February 23, 2011, plaintiff Galina Seebrook ("Plaintiff") filed a putative class action lawsuit against defendant Stride Rite Children's Group, LLC ("Stride Rite");

WHEREAS, on February 25, 2011, Stride Rite was served with a copy of the Summons and the Complaint; and

WHEREAS, Plaintiff is amenable to granting Stride Rite a thirty (30) calendar day extension to respond to the Complaint.

## STIPULATION

Stride Rite will have until and including April 18, 2011 to respond to the Complaint.

Dated: March 18, 2011                HOFFMAN & LAZEAR
                                     H. TIM HOFFMAN (049141)
                                     ARTHUR W. LAZEAR (083603)
                                     CHAD A. SAUNDERS (257810)


                                     s/ **Chad A. Saunders**
                                     Chad A. Saunders (257810)

                                     Attorneys for Plaintiff
                                     GALINA SEEBROOK

Dated: March 18, 2011                COOLEY LLP
                                     MICHELLE C. DOOLIN (179445)
                                     LEO P. NORTON (216282)
                                     DARCIE A. TILLY (239715)


                                     s/ **Leo P. Norton**
                                     Leo P. Norton (216282)

                                     Attorneys for Defendant
                                     STRIDE RITE CHILDREN'S GROUP, LLC

APPROVED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to Complaint.

Dated: March 18, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
DARCIE A. TILLY (239715)


s/ **Leo P. Norton**
Leo P. Norton (216282)

Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

705892 v1/SD