HOFFMAN & LAZEAR
H. TIM HOFFMAN (049141) (hth@hoffmanandlazear.com)
ARTHUR W. LAZEAR (083603) (awl@hoffmanandlazear.com)
CHAD A. SAUNDERS (257810) (cas@hoffmanandlazear.com)
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiff
GALINA SEEBROOK

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALINA SEEBROOK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

STRIDE RITE CHILDREN'S GROUP, LLC, a Massachusetts limited liability company,

Defendant.

Case No. C11-00835-SC

**STIPULATION AND [~~PROPOSED~~] ORDER TO STRIKE CERTAIN ALLEGATIONS IN COMPLAINT**

After meeting and conferring regarding (i) allegations relating to injunctive relief, (ii) allegations relating to "damages," and (iii) the jury demand asserted in the complaint, plaintiff Galina Seebrook ("Plaintiff") and defendant Stride Rite Children's Group, LLC ("Stride Rite"), by and through their respective counsel, hereby stipulate and agree that the following portions of complaint should be stricken:

- Page 1, line 15 and generally: the words "[JURY TRIAL DEMANDED]" and plaintiff's demand for trial by jury generally;
- Page 6, line 8: paragraph 24, subparagraph (d), in its entirety;
- Page 6, line 9: paragraph 24, subparagraph (e), in its entirety; and
- Page 7, lines 18-22: second paragraph in the Prayer for Relief in its entirety.

**IT IS SO STIPULATED.**

Dated: April 14, 2011             HOFFMAN & LAZEAR
                                  H. TIM HOFFMAN (049141)
                                  ARTHUR W. LAZEAR (083603)
                                  CHAD A. SAUNDERS (257810)


                                  /s/ Chad A. Saunders
                                  Chad A. Saunders (257810)
                                  E-mail: cas@hoffmanandlazear.com

                                  Attorneys for Plaintiff
                                  GALINA SEEBROOK

Dated: April 14, 2011             COOLEY LLP
                                  MICHELLE C. DOOLIN (179445)
                                  LEO P. NORTON (216282)
                                  DARCIE A. TILLY (239715)


                                  /s/ Leo P. Norton
                                  Leo P. Norton (216282)
                                  E-mail: lnorton@cooley.com

                                  Attorneys for Defendant
                                  STRIDE RITE CHILDREN'S GROUP, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIP. & [PROPOSED] ORDER TO STRIKE
CERTAIN ALLEGATIONS IN COMPLAINT
CASE NO. C11-00835-SC**

**[PROPOSED] ORDER**

Having considered the stipulation filed by plaintiff Galina Seebrook ("Plaintiff") and defendant Stride Rite Children's Group, LLC, the following portions of the complaint shall be stricken:

- Page 1, line 15 and generally: the words "[JURY TRIAL DEMANDED]" and plaintiff's demand for trial by jury generally;
- Page 6, line 8: paragraph 24, subparagraph (d), in its entirety;
- Page 6, line 9: paragraph 24, subparagraph (e), in its entirety; and
- Page 7, lines 18-22: second paragraph in the Prayer for Relief in its entirety.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 19, 2011 ______________________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

HO CONTI
U dge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIP. & [PROPOSED] ORDER TO STRIKE CERTAIN ALLEGATIONS IN COMPLAINT
CASE NO. C11-00835-SC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Strike Certain Allegations in Complaint.

Dated: April 14, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
DARCIE A. TILLY (239715)

/s/ Leo P. Norton
Leo P. Norton (216282)
E-mail: lnorton@cooley.com

Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

708424/SD

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

STIP. & [PROPOSED] ORDER TO STRIKE
CERTAIN ALLEGATIONS IN COMPLAINT
CASE NO. C11-00835-SC