HOFFMAN & LAZEAR
H. TIM HOFFMAN (049141) (hth@hoffmanandlazear.com)
ARTHUR W. LAZEAR (083603) (awl@hoffmanandlazear.com)
CHAD A. SAUNDERS (257810) (cas@hoffmanandlazear.com)
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone:     (510) 763-5700
Facsimile:     (510) 835-1311

Attorneys for Plaintiff
GALINA SEEBROOK

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STRIDE RITE CHILDREN'S GROUP, LLC, a Massachusetts limited liability company,<br><br>Defendant. | Case No.  C11-00835-SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:      Hon. Samuel Conti<br>Courtroom:  1, 17th Floor |

1.

**STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C11-00835-SC**

Plaintiff Galina Seebrook and defendant Stride Rite Children's Group, LLC, by and through their respective counsel, hereby stipulate and agree that pursuant to the parties' Confidential Settlement Agreement and Release ("Agreement"), all of Plaintiff's individual claims in the above-captioned action are hereby settled and dismissed *with* prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The claims asserted on behalf of a putative class are dismissed *without* prejudice. The parties agree to allocate costs and attorneys' fees as set forth in the Agreement.

Because this stipulation is signed by all parties who have appeared and no class has been certified, no Court order is necessary to effectuate dismissal.

**IT IS SO STIPULATED.**

Dated: December 13, 2011          HOFFMAN & LAZEAR

**/s/ Chad A. Saunders**
Chad A. Saunders (257810)
Attorneys for Plaintiff
GALINA SEEBROOK

Dated: December 13, 2011          COOLEY LLP

**/s/ Leo P. Norton**
Leo P. Norton (216282)
Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2.

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C11-00835-SC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation of Dismissal With Prejudice.

Dated: December 13, 2011   COOLEY LLP

**/s/ Leo P. Norton**
Leo P. Norton (216282)
Attorneys for Defendant
STRIDE RITE CHILDREN'S GROUP, LLC

728598/SD

3.

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C11-00835-SC